In the Matter of ARTHUR L. SHEVLIN et al., Appellants, against FIORELLO H. LAGUARDIA et al., Constituting the Board of Estimate of the City of New York, Respondents.

Argued October 19, 1938; decided November 22, 1938.

*Albert De Roode* for appellants.

*William C. Chanler* Corporation Counsel (*Seymour B. Quel* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, and RIPPEY, JJ. Taking no part: FINCH, J.